## (February 27, 1984)

◾ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD DAVIS, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of the Clinton Correctional

Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied (*People ex rel. Frazier v Coombe,* 87 AD2d 904). Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.